| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2007 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Smith Camp, Laurie | 2. Court or Organization<br><br>U.S. District Court - Nebraska | 3. Date of Report<br><br>03/03/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>111 South 18th Plaza<br>Suite 3210<br>Omaha, NE 68102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Moved to Advisory Board status in January 2007 | Willa Cather Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑    NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith Camp, Laurie | 03/03/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith Camp, Laurie | 03/03/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Adv. Mid CapT | G | Dividend | P1 | T | | | | | |
| 2. The Guardian Insur. Annuity (Retirement) | A | Dividend | | | Rollover | 4/05 | M | | |
| 3. Massachusetts Mutual Annuity | E | Interest | O | T | | | | | |
| 4. Lincoln Benefit Life Annuity | E | Interest | O | T | | | | | |
| 5. Lincoln Benefit Life Annuity (Retirement) | B | Interest | M | T | | | | | |
| 6. Alltel | A | Dividend | | | Sell | 6/13 | K | | See Sec. VIII re D(4) Col. |
| 7. ConAgra | E | Dividend | | | Sell | 6/19 | N | | See Sec. VIII re D(4) Col. |
| 8. ConAgra | E | Dividend | | | Sell | 6/21 | O | | See Sec. VIII re D(4) Col. |
| 9. Exxon | B | Dividend | M | T | | | | | |
| 10. GE | C | Dividend | M | T | | | | | |
| 11. IBM | B | Dividend | L | T | | | | | |
| 12. Pfizer | C | Dividend | | | Sell | 6/18 | M | | See Sec. VIII reD(4) Col. |
| 13. Ameritrade Brokage Account (f/k/a Accutrade - Cash Account) | | None | J | T | | | | | |
| 14. -- AIG (American Int'l Group) | B | Dividend | L | T | | | | | |
| 15. -- Disney | A | Dividend | K | T | | | | | |
| 16. -- Honeywell | B | Dividend | L | T | | | | | |
| 17. -- INTC (Intel) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith Camp, Laurie | 03/03/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -- Boeing | A | Dividend | J | T | | | | | |
| 19.   -- LEN (Class A Lennar) | B | Dividend | K | T | | | | | |
| 20.   -- NSM (Nat'l Semiconducter) | A | None | J | T | | | | | |
| 21.   -- RSH (Radioshack) | A | Dividend | J | T | | | | | |
| 22.   -- WMI (Waste Management) | A | Dividend | K | T | | | | | |
| 23.   Federated Account | E | Interest | P1 | T | | | | | |
| 24.   U.S. Allianz Annuity (Retirement) | A | Dividend | M | T | Rollover | 4/16 | M | | See Sec. VIII |
| 25.   U.S. Allianz Annuity | D | Dividend | O | T | | | | | |
| 26.   Windstream | A | Dividend | | | donation | 2/27 | J | | See Sec. VIII |
| 27.   Citidel Broadcastion | A | Dividend | J | T | Spinoff #15 | 6/12 | | | |
| 28.   Fidelity Blue Chip Value Fund | E | Dividend | O | T | Buy | 6/20 | O | | |
| 29.   Fidelity International Discovery Fund | D | Dividend | M | T | Buy | 6/15 | M | | |
| 30.   Fidelity Export Multinational Fund | A | Dividend | K | T | Buy | 6/14 | K | | |
| 31.   Fidelity Balance Fund | E | Dividend | N | T | Buy | 6/19 | N | | |
| 32.   Fidelity Tax Free Money Market Acct | A | Interest | L | T | open | 6/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith Camp, Laurie | 03/03/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Line Items #6, Alltel, #7, ConAgra, #8, ConAgra, and #12 Pfizer, were sold pursuant to a Certificate of Divestiture issued by the Committee on Codes of Conduct on May 8, 2007 (#DV-5), and accordingly gain is deferred under 26 U.S.C. Sec. 1043.

Line Item #24, U.S. Allianz Annuity (Retirement) is a rollover from Line Item #2, The Guardian Insur. Annuity (Retirement).

Line Item # 26, Windstream, was obtanied as a spinoff of Alltel, and all remaining Windstream not donated to charity in 2006 was donated to the Presbyterian Church on 2/27/07 with a value of "J".

| Name of Person Reporting | Date of Report |
|---|---|
| Smith Camp, Laurie | 03/03/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544